1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    RODNEY DEAN CHAPPELL,

10                              Petitioner,

11          v.

12   STEPHEN D. SINCLAIR,

13                              Respondent.

CASE NO. C14-5191 RBL-KLS

ORDER DENYING PETITIONER'S
MOTION FOR DEFAULT
JUDGMENT

14          Before the Court is Petitioner Rodney D. Chappell's motion for default judgment.  Dkt.

15   17.  Petitioner asks the Court to grant the relief requested in his petition for writ of habeas corpus

16   because, as of May 1, 2014, he had not received a copy of Respondent's answer.  *Id.*  On May 1,

17   2014, Respondent filed a response with the relevant state court record and certified that copies

18   were sent by mail to Petitioner that same day.  Dkts. 14 and 15.  The petition is noted for the

19   Court's consideration on May 30, 2014.

20          Accordingly, it is **ORDERED:**

21          (1)     Petitioner's motion for default (Dkt. 17) is **DENIED.**

22   //

23   //

24

ORDER - 1

1        (2)     The Clerk shall send a copy of this Order to Petitioner and counsel for

2  Respondent.

3        **DATED** this 15th day of May, 2014.

4

5

6                              Karen L. Strombom

                                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2